Decided January 21, 1964

JOSEPH DUNN *v.* RICHARD J. FINLEY

Upon reargument, the court reaffirms its order of December 3, 1963, dismissing the plaintiff's appeal from the Superior Court in New Haven County at Waterbury.

*William B. Hennessy,* for the appellant (plaintiff).

*William B. Fitzgerald, Jr.,* for the appellee (defendant).

Argued February 4—decided February 4, 1964